BARBARA KINGSLEY *vs.* MASSACHUSETTS BAY TRANSPORTATION AUTHORI-TY.  March 13, 1981.  The plaintiff has purported to appeal from a decision of the Appellate Division of the District Courts vacating a finding for her in a case that had been remanded from the Superior Court pursuant to G. L. c. 231, § 102C.  The plaintiff has no right to review by this court because the decision of the Appellate Division was not final.  See *Pupillo* v. *New England Tel. & Tel. Co.,* 381 Mass. 714, 715 (1980); *Fusco* v. *Springfield Republican Co.,* 367 Mass. 904, 906 (1975); *Orasz* v. *Colonial Tavern, Inc.,* 365 Mass. 131, 139-140 (1974).  The plaintiff had the right to have the case retransferred to the Superior Court for a trial de novo by making such a request within ten days of the decision of the Appellate Division.  G. L. c. 231, § 102C.  *Orasz* v. *Colonial Tavern, Inc., supra.* Only after that trial would a final judgment or decision arise as to which review in this court might be obtained.  *Pupillo* v. *New England Tel. & Tel. Co., supra.* In the circumstances, the appropriate order is

*Appeal dismissed.*

The case was submitted on briefs.
*Jack L. Altshuler* for the plaintiff.
*David S. Hoar* for the defendant.